AO 108 (2/90) Application for Seizure Warrant

FILED

2008 JAN -3 PM 2: 32

# United States District Court

___Southern___ DISTRICT OF ___California___ _____ DEPUTY

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

White 1999 Nissan Maxima
Bearing California License Plates: 5WUL462
VIN: JN1CA21A2XT103882

**APPLICATION AND AFFIDAVIT
FOR SEIZURE WARRANT**

CASE NUMBER: **'08 MJ 0023**

I ___Bradley W. Voss___ being duly sworn depose and say:

I am a(n) ___U.S. Border Patrol Senior Patrol Agent___ and have reason to believe
　　　　　　　　　　　Official Title

that in the ___Southern___ District of ___California___,
there is now certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

White 1999 Nissan Maxima
Bearing California License Plates: 5WUL462
VIN: JN1CA21A2XT103882

which is a vehicle/conveyance which was used in the commission of a violation of Title 8, United States Code, Section 1324 (a) (1) (B) and is therefore subject to seizure.

Concerning a violation of Title ___8___ United States Code, Section(s) ___1324 (b)___.
The facts to support a finding of Probable Cause for issuance of a Seizure Warrant are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.　☐ Yes　☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

January 3, 2008　　　　　　　　　　　　　　　at San Diego, California
Date　　　　　　　　　　　　　　　　　　　　　　City and State

CATHY ANN BENCIVENGO
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer　　　　　　　Signature of Judicial Officer

## AFFIDAVIT

UNITED STATES OF AMERICA            )
                                    )
SOUTHERN JUDICIAL DISTRICT OF CALIFORNIA )

I, Bradley W. Voss, being duly sworn, hereby depose and say:

1) I am a Senior Patrol Agent with the U.S. Border Patrol of the United States Department of Homeland Security, Bureau of Customs and Border Protection. I have been an agent for 8 years and 11 months. I am currently assigned to the Murrieta, California Border Patrol Station. In the course of my official duties I regularly and routinely observe, surveil, apprehend, and prepare criminal and/or administrative prosecution cases involving the illegal entry of undocumented aliens into the United States, as well as illegal *smuggling*, harboring, concealing, aiding, and transportation of aliens. I make this affidavit based upon information related to me through oral and written reports, which I have reviewed regarding this, and other investigations reported to me directly or indirectly by US Border Patrol agents and other law enforcement agents.

2) This affidavit is made in support of a seizure warrant for a 1999 white Nissan Maxima (hereafter to be referred to as the "white Nissan") bearing California license plate number 5WUL462, vehicle identification number (VIN) JN1CA21A2XT103882, registered owner Manuela Vargas-Rosaura of 8214 Brook Heven Road, San Diego, California, with a legal owner of Ilva Cruz of 1102 Paraiso Avenue, Spring Valley, California, which was used in the commission of a violation of Title 8, United States Code, Section 1324, to wit: the smuggling and / or transportation of undocumented aliens. This seizure warrant is sought pursuant to Title 8, Code of Federal Regulations, Section 274.4.

///

3) On December 19, 2007, Senior United States Border Patrol (hereinafter referred to as "USBP") Agent Jeffrey Hays and was conducting observation operations of Interstate 15 at the Old Highway 395 exit near Fallbrook, California in a marked USBP service vehicle.

4) At approximately 15:00 hours, Agent Hays observed the white Nissan pass his stationary position. Agent Hays watched as the white Nissan passed. The white Nissan moved from the number three lane to the number one lane without signaling. He also noted the white Nissan had a California Department of Motor Vehicles (hereinafter referred to as "DMV") red suspense or temporary license tag in the rear window. Agent Hays resolved to follow and observe the white Nissan. As Agent Hays attempted to overtake the white Nissan, its driver accelerated rather dramatically. Agent Hays also observed that the white Nissan changed lanes over five times, each maneuver was executed by the driver without signaling. When Agent Hays finally caught up to the white Nissan, the driver stopped changing lanes and slowed to exactly 70 miles per hour, the legal limit. This behavior seemed odd to Agent Hays. Given the circumstances, Agent Hays believed the driver of the white Nissan was trying to evade his marked USBP service vehicle. At that point, Agent Hays contacted the USBP radio dispatcher and requested a registration check of the white Nissan. DMV records indicated that the registration had been suspended as of February 15, 2007. Given the suspended status, Agent Hays believed that the temporary license tag in the rear window of the white Nissan was fraudulent.

5) Agent Hays then pulled along side the white Nissan and observed the adult male driver was chewing a piece of gum very quickly. The driver was also staring straight ahead and tightly gripping the steering wheel. Moreover, he was wearing a baseball cap pulled

down almost to his eyes, as if he were trying to conceal his identity. Agent Hays also observed that the front seat passenger and the rear, right seat passenger were also staring straight ahead in a stiff manner. As Agent Hays got a little closer to the vehicle, he could see what appeared to be a person attempting to conceal himself by lying down on the rear seat. As Agent Hays pulled back in behind the white Nissan, he observed that it was bouncing in an extreme manner as if it were heavily laden. This led Agent Hays to believe that the white Nissan had more occupants than those he had already observed.

6) Agent Hays was aware through his experience that undocumented alien smugglers regularly attempt to pass their human cargo along Interstate 15 as they travel northbound from the border area. This experience combined with the mannerisms of the driver and passengers, the person attempting to lie down in the back seat, and the extreme weight the white Nissan seemed to be carrying led Agent Hays to believe that this was an undocumented alien smuggling load. At approximately 15:05 hours, Agent Hays informed the radio dispatcher that he intended to have the white Nissan pull over for an investigative stop on Interstate 15 near the site of the US Border Patrol Checkpoint just south of Temecula, California. Agent Hays then activated the emergency lights and siren on his vehicle.

7) As soon as Agent Hays activated the emergency lights and siren on his marked service vehicle, the white Nissan immediately accelerated away from him. The driver then began to make several unsafe lane changes in an attempt to flee. By virtue of his reckless driving, the operator of the white Nissan exposed the general public, as well as any passengers in the white Nissan, to grave danger. Rather than risk the lives of the motoring public and the Nissan passengers, Agent Hays terminated the pursuit. The entire pursuit lasted for less than

60 seconds. The white Nissan continued northbound on Interstate 15. Agent Hays exited the Interstate at the Temecula Parkway off ramp.

8) Your affiant was advised of the pursuit. Shortly after the pursuit was terminated, your affiant ran some records checks on the white Nissan in the Treasury Enforcement Communication System (TECS) to see if there was any prior smuggling activity associated with the white Nissan. According to TECS, on May 7, 2007 two vehicles, including a Geo Prism bearing California license plate number 5RQV501, were seized by USBP agents from the Indio, California station near Borrego Springs, California. The vehicles were being used to transport undocumented aliens at the time. The Geo Prism was registered to Jorge Vasquez, 1102 Paraiso in Spring Valley, California. This is the same address as the address of the legal owner (Ilva Cruz) of the white Nissan.

9) Based on my experience, I know it is usual for alien smugglers to smuggle aliens into the United States from Mexico during the night. Aliens also frequently cross the United States/Mexico International Border during the nighttime and early morning hours when U.S. Border Patrol shift changes occur. For that reason, it is important that the requested seizure warrant be issued so that it may be executed at any time of the day or night.

10) Based on the foregoing, I believe there is probable cause that the 1999 white Nissan Maxima bearing California license plate number 5WUL462 was illegally used to facilitate the smuggling and/or transportation of undocumented aliens, in violation of Title 8, United States Code, Section 1324. It is therefore subject to seizure and forfeiture pursuant to Title 8, United States Code, Section 1324(b), and Title 8, Code of Federal Regulations, Section 274.4. I request that the seizure warrant be issued with a provision making it valid 24 hours

a day if the vehicle is found being driven on a public road during the night and early morning hours.

Dated: January 3, 2008    By: _____
Bradley W. Voss
Senior Patrol Agent
United States Border Patrol
San Diego Sector

Subscribed and sworn to before me this __3rd__ day of January 2008.

_____
United States Magistrate

Affidavit in Support of Seizure Warrant for a 1999 white Nissan Maxima bearing license plate number 5WUL462, VIN JN1CA21A2XT103882.

5