# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Seizure of
(Address or brief description of the property or premises to be seized)

White 1999 Nissan Maxima
Bearing California License Plates: 5WUL462
VIN: JN1CA21A2XT103882

**SEIZURE WARRANT**

CASE NUMBER:

**'08 MJ 0023**

TO: ___US Department of Homeland Security, CBP___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Bradley W. Voss___ who has reason to
                                                    Affiant

believe that in the ___Southern___ District of ___California___ there is now

certain property which is subject to forfeiture to the United States, namely (describe the property to be seized)

White 1999 Nissan Maxima
Bearing California License Plates: 5WUL462
VIN: JN1CA21A2XT103882
A vehicle conveyance which has been used in the commission of violation of Title, United States Code, Section 1324 (a)(1)(B), and is subject to seizure pursuant to Title 8, United States Code, Section 1324 (b).

I am satisfied that the affidavit(s) and any recorded testimony established probable cause to believe that the property so described is subject to seizure and that the grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within __10__ days the property specified, serving this warrant and making the seizure (in the daytime- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night, as I find reasonable cause has been established)~~, leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of

the property seized and promptly return this warrant to the United States Magistrate Judge.
                                                                U.S. Judge or Magistrate at

January 3, 2008                              at    San Diego, California
Date and Time Issued                               City and State

**CATHY ANN BENCIVENGO**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer              Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 1/3/2008 | 1/4/2008 @ 1745 | NAHUM C. MENDEZ |

**INVENTORY MADE IN THE PRESENCE OF**
BRIAN DESROSIERS          8740 TROY STREET, SPRING VALLEY CA 91977

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

White 1999 Nissan Maxima

California License Plate 5WUL462

VIN: JN1CA21A2XT103882

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]*
U.S. Judge or Magistrate
CATHY ANN BENCIVENGO

9/11/08
Date